# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. ANDREONI, M.D. and OPHTHALMIC SURGEONS, LTD., Plaintiffs<br>v.<br>PAYCHEX, INC. and CHASE BANK, USA, NA f/k/a BANK ONE, Defendants | CA 07 413ML<br>C.A. No. 07-<br>REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND<br>C.A. No. 07-5789 |

## DEFENDANT PAYCHEX, INC.'S NOTICE OF REMOVAL

Defendant, Paychex, Inc. ("Paychex") hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of the above-entitled action and, in support hereof, states as follows:

1. Plaintiffs, William J. Andreoni, M.D. and Ophthalmic Surgeons, Ltd., filed a civil action against Paychex and Chase Bank, USA, NA f/k/a Bank One ("Chase") which is now pending in the Providence County Superior Court of the State of Rhode Island, C.A. No. 07-5789 entitled *William J. Andreoni, M.D. and Ophthalmic Surgeons, ltd. v. Paychex, Inc. and Chase Bank, USA, NA f/k/a Bank One.* The Summons and Complaint in such action were served upon Paychex on October 31, 2007.

2. Upon information and belief, Plaintiff William J. Andreoni, M.D. is a citizen of the State of Rhode Island. Plaintiff Ophthalmic Surgeons, Ltd. is a Rhode Island corporation.

3. Defendant Paychex, Inc. is a Delaware corporation in good standing with the Secretary of State of the State of Rhode Island having its principal place of business in New York.

4. Defendant Chase Bank, USA, NA f/k/a Bank One is a national bank with a principal place of business outside Rhode Island.

5. As alleged in the Plaintiffs' Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between Plaintiffs and the Defendants in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446, Paychex hereby files this Petition for Removal within thirty (30) days following the receipt of the initial pleading.

8. A copy of this Notice is being filed with the Clerk of the Superior Court of the State of Rhode Island, County of Providence to effect removal pursuant to 28 U.S.C. § 1446(d).

9. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

10. Copies of all process and pleadings on file with the Superior Court of the State of Rhode Island, County of Providence, as of this date will be filed within ten (10) days hereof.

WHEREFORE, the action now pending in the Superior Court of the State of Rhode Island, County of Providence, is properly removed therefrom to this Court.

PAYCHEX, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
rkt@psh.com
Carolyn P. Medina (#7109)
cpm@psh.com
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November ~~13~~ 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT PAYCHEX, INC.'S NOTICE OF REMOVAL was mailed, postage prepaid, on this ~~13th~~ 14th day of November, 2007 to:

Daniel V. McKinnon, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

950305_1/999998-75