# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. ANDREONI, M.D. and
OPHTHALMIC SURGEONS, LTD.,

Plaintiffs

v.

PAYCHEX, INC. and CHASE BANK, USA,
NA f/k/a BANK ONE,

Defendants

C.A. No. CA 07 413ML

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, the undersigned attorneys for Defendant Paychex, Inc. hereby certify as follows:

Paychex, Inc. has no parent company nor does any publicly held company own 10% or more of its stock.

PAYCHEX, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
rkt@psh.com
Carolyn P. Medina (#7109)
cpm@psh.com
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November ~~13~~ 14, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed, postage prepaid, on this ~~13th~~ 14th day of November, 2007 to:

Daniel V. McKinnon, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

[signature]

950302_1/999998-75