STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5789 WILLIAM ANDREONI V PAYCHEX INC

Filing Date: 10-31-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 11-14-2007

Plaintiff: WILLIAM ANDREONI
ID: @10938581
Attorney: DANIEL MCKINNON

Plaintiff: OPHTHALMIC SURGEONS LTD
ID: @10938586
Attorney: DANIEL MCKINNON

Defendant: PAYCHEX INC
ID: @10938587

Defendant: CHASE BANK USA NA
ID: @10938589

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-31-2007 | COMPLAINT FILED | |
| 10-31-2007 | INITIAL FILING FEE | |
| 10-31-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP259450. |
| 11-06-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PAYCHEX INC |
| 11-14-2007 | NOTICE OF REMOVAL | Affiliated: PAYCHEX INC |
| 11-14-2007 | CASE REMVD TO US DISTRICT CT | U.S. DISTRICT COURT # CA 07 413ML<br>Affiliated: PAYCHEX INC |
| 11-14-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island