UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, MD, AND OPHTHALMIC SURGEONS, LTD | : | |
| V. | : | C.A. No. 07-00413/ML |
| PAYCHEX, INC. AND CHASE BANK, USA, NA f/k/a BANK ONE | : | |

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner, Jason P. Marino, and the law firm of Nixon Peabody LLP hereby enter their appearance on behalf of Defendant, Chase Bank, USA, NA f/k/a Bank One.

CHASE BANK, USA, NA f/k/a BANK ONE
By Its Attorneys,

/s/ Jeffrey S. Brenner
/s/ Jason P. Marino

Jeffrey S. Brenner (#4369)
Jason P. Marino (#7548)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com
E-mail: jmarino@nixonpeabody.com

Date: November 16, 2007

**CERTIFICATION**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants, Daniel V. McKinnon, Esq. at contact@mckinnonharwood.com; Carolyn P. Medina, Esq. at cmp@psh.com and Robert K. Taylor, Esq. at rkt@psh.com as identified on the Notice of Electronic Filing (NEF), on this 16th day of November, 2007.

/s/ Jeffrey S. Brenner