# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. ANDREONI, MD, and
OPTHALMIC SURGEONS, LTD,

Plaintiffs,

v.

PAYCHEX, INC. and
CHASE BANK, USA, NA f/k/a BANK ONE

Defendants.

C.A. No. 07-413-ML

## STIPULATION TO EXTEND TIME TO FILE ANSWER

The parties hereto, by their undersigned counsel, hereby stipulate and agree that Defendant Paychex, Inc., shall have up to and including December 4, 2007 within which to respond to Plaintiffs' Complaint.

WILLIAM J. ANDREONI, MD and
OPTHALMIC SURGEONS, LTD.

By Its Attorneys,

MCKINNON & HARWOOD

/s/ Daniel V. McKinnon
Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106 FAX
contact@mckinnonharwood.com

DATED: November 19, 2007

PAYCHEX, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com / cpm@psh.com

DATED: November 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STIPULATION TO EXTEND TIME TO FILE ANSWER was electronically filed on November 19, 2007 with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Daniel V. McKinnon, Esq. / McKinnon & Harwood
contact@mckinnonharwood.com

Jeffrey S. Brenner, Esq. / Nixon Peabody LLP
jbrenner@nixonpeabody.com

/s/ Robert K. Taylor

952027_1