UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, MD, and OPHTHALMIC SURGEONS, LTD | : | |
| V. | : | C.A. No. 07-413/ML |
| PAYCHEX, INC. and CHASE BANK, USA, NA f/k/a BANK ONE | : | |

**STIPULATION**

Plaintiffs William J. Andreoni, MD and Ophthalmic Surgeons, Ltd. ("Plaintiffs") and Defendant Chase Bank, USA, NA f/k/a Bank One hereby stipulate to the following:

1. Defendant Chase Bank, USA, NA f/k/a Bank One shall have up to and including Friday, December 21, 2007, to respond to Plaintiffs' Complaint.

Plaintiffs,
WILLIAM J. ANDREONI, MD AND
OPHTHALMIC SURGEONS, LTD.,
By Their Attorneys,

/s/ Daniel V. McKinnon
Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
E-mail: contact@mckinnonharwood.com

Dated: November 20, 2007

Defendant,
CHASE BANK, USA, NA f/k/a
BANK ONE,
By Its Attorneys,

/s/ Jeffrey S. Brenner
/s/ Jason P. Marino
Jeffrey S. Brenner (#4369)
Jason P. Marino (#7548)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com
E-mail: jmarino@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants, Daniel V. McKinnon, Esq. at contact@mckinnonharwood.com; Carolyn P. Medina, Esq. at cmp@psh.com and Robert K. Taylor, Esq. at rkt@psh.com as identified on the Notice of Electronic Filing (NEF), on this 20th day of November, 2007.

/s/ Jeffrey S. Brenner