**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, MD and OPHTHALMIC SURGEONS, LTD. | : | |
| VS. | : | CA NO. 07-413-ML |
| PAYCHEX, INC. and CHASE BANK, USA, NA f/k/a BANK ONE | : | |

**OBJECTION TO DEFENDANT, PAYCHEX, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR STAY PENDING ARBITRATION**

Now come your Plaintiffs, by and through their attorney, and object to Defendant, Paychex, Inc.'s Motion to Dismiss, or in the Alternative, for Stay Pending Arbitration and for said motion states as follows:

(1) The motion is without merit, both in law and in fact;

(2) In a timely fashion, consistent with the Rules, Plaintiffs will file supporting memorandum to support said objection.

Plaintiffs,
By and through their attorney,

/s/ Daniel V. McKinnon

Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that a true copy of with transmitted electronically to Robert K. Taylor, Partridge, Snow & Hahn, rkt@psh.com; Carolyn P. Medina, Partridge, Snow & Hahn, cpm@psh.com; and Jeffrey S. Brenner, Esq., Nixon Peabody, jbrenner@nixonpeabody.com on the 6th day of December 2007.

/s/Daniel V. McKinnon