UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, M.D. and OPTHALMIC SURGEONS, LTD. Plaintiffs | ) | |
| vs. | ) | C.A. No. 07-413-ML |
| PAYCHEX, INC. and CHASE BANK USA, NA f/k/a BANK ONE Defendants | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT PAYCHEX'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR STAY PENDING ARBITRATION**

Plaintiffs William J. Andreoni, M.D. and Opthalmic Surgeons, Ltd., by their attorney, respectfully move for a one month extension, until January 14, 2008, to respond to *Defendant Paychex, Inc.'s Motion to Dismiss or, in the Alternative, for Stay Pending Arbitration*. Plaintiffs' response is currently due this Friday, December 14, 2007.

Plaintiffs make this motion on the following grounds:

1. Defendant has raised a number of issues, each of which requires a response;
2. Counsel has pre-existing obligations that interfere with meeting the current the filing date;
3. Defendant's counsel has informed plaintiffs' counsel that defendant does not object to the requested extension.

WHEREFORE, plaintiffs respectfully ask that their motion be granted.

Respectfully submitted,
Plaintiffs William J. Andreoni, M.D.
and Opthalmic Surgeons, Ltd.,
by their attorney,

/s/ Daniel V. McKinnon
______________________________

Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Ave.
Pawtucket, RI 02861
401-723-9655
contact@mckinnonharwood.com

CERTIFICATE OF SERVICE

I certify that a copy of this document was electronically filed on December 10, 2007 with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following registered counsel of record:

Robert K. Taylor
rkt@psh.com

Carolyn P. Medina
cpm@psh.com

Jeffrey Brenner
jbrenner@nixonpeabody.com

/s/ Daniel V. McKinnon