**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, M.D. and<br>OPHTHALMIC SURGEONS, LTD.<br>Plaintiffs | : | |
| vs. | : | C.A. No. 07-413-ML |
| PAYCHEX, INC. and CHASE BANK,<br>USA, NA f/k/a BANK ONE<br>Defendants | : | |

**PLAINTIFFS WILLIAM J. ANDREONI, M.D. AND OPHTHALMIC SURGEONS, LTD.'S MOTION TO STRIKE *DECLARATION OF AMY L. FICI* PLUS ATTACHED EXHIBITS TENDERED IN SUPPORT OF *MOTION TO DISMISS***

Plaintiffs William J. Andreoni, M.D. and Ophthalmic Surgeons, Ltd., by their attorney, move under Fed.R.Civ.P. 12(b)(6),(f) that this Court strike the *Declaration of Amy L. Fici,* plus attached exhibits, which defendant Paychex, Inc. has tendered in purported support of its *Motion to Dismiss.* Plaintiffs state their grounds more fully in the accompanying memorandum, which they incorporate herein by reference.

WHEREFORE, plaintiffs ask that their motion be granted.

Respectfully submitted,
Plaintiffs
WILLIAM J. ANDREONI, M.D.,
OPHTHALMIC SURGEONS LTD.,
By their attorney,

/S/ Daniel V. McKinnon

Daniel V. McKinnon (#669)
McKinnon & Harwood
1168 Newport Ave.
Pawtucket, RI 02861
(401) 723-9655
contact@mckinnonharwood.com

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was electronically filed on January 9, 2008 with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following registered counsel of record:

Robert K. Taylor
rkt@psh.com

Carolyn P. Medina
cpm@psh.com

Jeffrey Brenner
jbrenner@nixonpeabody.com

/s/ Daniel V. McKinnon