UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, MD, AND | : | |
| OPHTHALMIC SURGEONS, LTD | : | |
| | : | |
| V. | : | C.A. No. 07-413/ML |
| | ; | |
| PAYCHEX, INC. AND | : | |
| CHASE BANK, USA, NA f/k/a | : | |
| BANK ONE | : | |

**WITHDRAWAL OF APPEARANCE**

Jason P. Marino hereby withdraws as counsel for Defendant, Chase Bank USA, NA f/k/a Bank One ("Chase"). Jeffrey S. Brenner and the firm Nixon Peabody LLP has already entered an appearance on behalf of Defendant and will continue to represent them in this matter.

_/s/ Jason P. Marino________________________

Jason P. Marino (#7548)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Phone: (401) 272-8080
Fax: (401) 521-3555
jmarino@lmkbw.com

Dated: January 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the EFC system will be sent electronically to the registered participants, Daniel V. McKinnon, Esq. at contact@mckinnonharwood.com; Carolyn P. Medina, Esq. at cmp@psh.com; Robert K. Taylor, Esq. at rkt@psh.com; and Jeffrey S. Brenner, Esq. at jbrenner@nixonpeabody.com as identified on the Notice of Electronic Filing (NEF), on this 15th day of January, 2008.

/s/ Jason P. Marino_________________

O:\Jason\Withdrawal of Appearance\Andreoni, et al v. Paychex, Inc., et al.doc