# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. ANDREONI, M.D. and<br>OPHTHALMIC SURGEONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PAYCHEX, INC. and CHASE BANK,<br>USA, NA f/k/a BANK ONE,<br><br>Defendants. | C.A. No. 07-413-ML |

## OPPOSITION OF PAYCHEX, INC. TO PLAINTIFFS' MOTION TO STRIKE DECLARATION OF AMY L. FICI

Paychex, Inc. ("Paychex"), through counsel, submits the following opposition to Plaintiffs' Motion to Strike Declaration of Amy L. Fici and Attached Exhibits ("Fici Declaration").

Plaintiffs have moved to strike the Fici Declaration on the mistaken premise that Paychex is relying on that declaration in support of its motion to dismiss. On the contrary, the Fici Declaration is submitted in support of Paychex' alternative motion to stay this lawsuit pending arbitration. Paychex' motion to dismiss is based on the allegations of the Complaint and the terms of the 1994 Contract, which may properly be considered. *See, e.g., Boateng v. InterAmerican University, Inc.*, 210 F.3d 56, 60 (1st Cir.), *cert. denied*, 531 U.S. 904 (2000) (on motion to dismiss, court may consider key documents referred to in complaint, whether or not attached). Accordingly, Plaintiffs' motion to strike should be denied.

PAYCHEX, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

DATED: January 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing OPPOSITION OF PAYCHEX, INC. TO PLAINTIFFS' MOTION TO STRIKE DECLARATION OF AMY L. FICI was electronically filed on the 24th day of January, 2008 with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following registered counsel of record:

Daniel V. McKinnon, Esq. / McKinnon Harwood
contact@mckinnonharwood.com

Jeffrey S. Brenner, Esq. / Nixon Peabody
jbrenner@nixonpeabody.com

/s/ Robert K. Taylor

963685_1/4035-3