# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. ANDREONI, M.D. and<br>OPHTHALMIC SURGEONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PAYCHEX, INC. and CHASE BANK,<br>USA, NA f/k/a BANK ONE,<br><br>Defendants. | C.A. No. 07-413-ML |

**ORDER**

This matter came before the Court, Chief Judge Mary M. Lisi presiding, on February 19, 2008 on (1) Defendant Paychex, Inc.'s Motion to Dismiss or in the Alternative For Stay Pending Arbitration and (2) Plaintiffs' Motion to Strike Declaration of Amy L. Fici. Upon consideration of the motions, supporting memoranda, exhibits and oral arguments of the parties,

It is hereby ORDERED:

1. That Defendant Paychex, Inc.'s Motion to Dismiss all claims as to William J. Andreoni, M.D. is granted.
2. That Defendant Paychex, Inc.'s Motion to Dismiss the claims of Ophthalmic Surgeons, Ltd. is granted as to Count II of the Complaint, seeking punitive damages, but otherwise denied; and
3. That Defendant Paychex, Inc.'s alternative Motion to Stay Pending Arbitration is denied; and

4. That Plaintiffs' Motion to Strike the Declaration of Amy L. Fici is terminated as moot.

SO ORDERED:

Mary M. Lisi
The Honorable Mary M. Lisi
Chief United States District Judge

February 20, 2008

968920_1/4035-3