**SCHEDULE A**

1. All documents (including but not limited to financial statements, profit and loss statements, payroll reports, workpapers, notes and correspondence, whether in hard copy or electronic form) (referred to below as "Documents"), referring, reflecting or relating to the wages or salaries paid to employees of Ophthalmic Surgeons, Ltd. ("OSL") from January 2000 to the present.

2. All Documents referring, reflecting or relating to financial oversight or controls, or lack thereof, at OSL.

3. All Documents referring, reflecting or relating to payments or transfers of money or property from OSL or any other person or entity to Carleen Conner, from January 2000 to the present.

4. All Documents referring or relating to Carleen Conner.

5. All Documents referring, reflecting or relating to services performed by Paychex for OSL.

6. All Documents referring, reflecting or relating to communications between you and Carleen Conner.