UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. ANDREONI, MD, and<br>OPHTHALMIC SURGEONS, LTD | : | |
| | : | |
| V. | : | C.A. No. 07-413/ML |
| | : | |
| PAYCHEX, INC. and<br>CHASE BANK, USA, NA f/k/a<br>BANK ONE | : | |

**DISMISSAL STIPULATION**

Plaintiffs William J. Andreoni, MD and Ophthalmic Surgeons, Ltd. ("Plaintiffs") and Defendant Chase Bank, USA, NA f/k/a Bank One ("Chase Bank") hereby stipulate to the following:

1. Plaintiffs' Complaint against Chase Bank is dismissed with prejudice.

2. The parties shall bear their own costs and attorneys' fees.

Plaintiffs,
WILLIAM J. ANDREONI, MD AND
OPHTHALMIC SURGEONS, LTD.,
By Their Attorneys,

/s/ Daniel V. McKinnon
Daniel V. McKinnon (#0669)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401) 723-9655
E-mail: contact@mckinnonharwood.com

Defendant,
CHASE BANK, USA, NA f/k/a
BANK ONE,
By Its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
E-mail: jbrenner@nixonpeabody.com

Dated: May 21, 2008

CERTIFICATE OF SERVICE

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants, Daniel V. McKinnon, Esq. at contact@mckinnonharwood.com; Carolyn P. Medina, Esq. at cmp@psh.com and Robert K. Taylor, Esq. at rkt@psh.com as identified on the Notice of Electronic Filing (NEF), on this 21st day of May, 2008.

/s/ Jeffrey S. Brenner