**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OPHTHALMIC SURGEONS, LTD.,

Plaintiff,

v. C.A. No. 07-413-ML

PAYCHEX, INC.

Defendant.

**ORDER**

Plaintiff's Motion to Compel Defendant to answer more responsively Plaintiff's request for production of documents came forth to be heard before the Honorable Magistrate Judge David L. Martin. After hearing thereon and consideration thereof, it is hereby,

**ORDERED, ADJUDGED AND DECREED:**

1. As to request number 1, Defendant's objection is overruled; Plaintiff's motion is granted.

2. As to request number 2, Plaintiff's motion is denied.

3. As to request number 3, Defendant's objection is overruled; Plaintiff's motion is granted as to all non-privileged documents regarding payments to Carleen Connor; to the extent that Defendant asserts that privileged documents exist, Defendant shall provide a privilege log.

4. As to request number 4, Defendant's objection is overruled; Plaintiff's motion is granted and the Defendant shall

respond. Defendant's response is limited to that which is generic in nature, setting forth what Paychex generally does for all clients. Defendant is not required to search its records for documents relating to particular clients.

5. As to request number 5, Defendant's objection is overruled; Plaintiff's motion is granted and the Defendant shall respond. Defendant's response is limited to that which is generic in nature, setting forth what Paychex generally does for all clients. Defendant is not required to search its records for documents relating to particular clients.

6. As to request number 6, Defendant's objection is overruled; Plaintiff's motion is granted and the Defendant shall respond. Defendant's response is limited to that which is generic in nature, setting forth what Paychex generally does for all clients. Defendant is not required to search its records for documents relating to particular clients.

7. As to request number 7, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

8. As to request number 8, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

10. As to request number 10, Defendant's objection is overruled; Plaintiff's motion is granted. However, the court

limits the time frame to the period commencing January 1, 2001 and ending December 31, 2006. Defendant is further required to answer only as to that geographical area including the New England states, or Rhode Island in particular if documents specific to Rhode Island exist. Defendant's response is limited to that which is generic in nature, setting forth what Paychex generally does for all clients. Defendant is not required to search its records for documents relating to particular clients.

11. As to request number 11, Plaintiff's motion is granted. The Defendant shall prepare an appropriate confidentiality order to be agreed upon by counsel; to the extent that Defendant asserts the fact that privileged documents exist, Defendant shall provide a privilege log.

12. As to request number 12, Plaintiff's motion is granted. The Defendant shall prepare an appropriate confidentiality order to be agreed upon by counsel; to the extent that Defendant asserts the fact that privileged documents exist, Defendant shall provide a privilege log.

13. As to request number 13, Defendant's objection is overruled; Plaintiff's motion is granted.

14. As to request number 14, Defendant's objection is overruled; Plaintiff's request is granted as to cases involving client employee dishonesty, but only for the period commencing January 1, 2001 up to and including December 31, 2006.

15. As to request number 15, Defendant's objection is overruled; Plaintiff's request is granted as to cases involving client employee dishonesty, but only for the period commencing January 1, 2001 up to and including December 31, 2006.

16. As to request number 16, Defendant's objection is overruled; Plaintiff's motion is granted. The parties will submit a proposed confidentiality order for entry by the Court.

Defendant's amended responses shall be served no later than 60 days from the date of this order.

SO ORDERED, this 23rd day of June, 2008.

David L. Martin

Hon. David L. Martin
U.S. ~~District~~ Magistrate
Judge