**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OPHTHALMIC SURGEONS, LTD.,

Plaintiff,

v. C.A. No. 07-413-ML

PAYCHEX, INC.

Defendant.

**ORDER**

Plaintiff's Motion to Compel Defendant to file more responsive answers to interrogatories came forth to be heard before the Honorable Magistrate Judge David L. Martin. After hearing thereon and consideration thereof, it is hereby,

**ORDERED, ADJUDGED AND DECREED:**

1. As to interrogatory number 1, Defendant will provide the requested information; therefore Plaintiff's Motion to Compel is moot;

2. As to interrogatory number 2, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

3. As to interrogatory number 3, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

4. As to interrogatory number 4, Defendant's objection is overruled; Plaintiff's motion is granted except that the term "weekly" is stricken from the interrogatory.

5. As to interrogatory number 5, Defendant's objection is overruled; Plaintiff's motion is granted to the extent that Defendant will produce documents containing the requested information for 2000-2006. The term "weekly" is stricken from the interrogatory.

6. As to interrogatory number 6, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

8. As to interrogatory number 8, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

9. As to interrogatory number 9, Defendant's objection is overruled; Plaintiff's motion is granted.

12. As to interrogatory number 12, Plaintiff's motion is denied.

13. As to interrogatory number 13, Defendant's objection is overruled; Plaintiff's motion is granted, except that the term "weekly" is stricken from the interrogatory. Defendant is not required to supplement its answer if it is complete.

14. As to interrogatory number 14, Defendant's objection is overruled; Plaintiff's motion is granted to the extent that

Defendant will provide to Plaintiff documents containing the requested information for 2006. The term "weekly" is stricken from the interrogatory.

15. As to interrogatory number 15, Defendant's objection is overruled; Plaintiff's motion is granted in part. Specifically, Defendant shall answer subsection (a), (b) and (c). As to subsection (d), Plaintiff's motion is denied.

17. As to interrogatory number 17, Defendant's objection is overruled; Plaintiff's motion is granted, except that Defendant is not required to supplement its answer if it is complete.

Defendant's amended interrogatory answers shall be served no later than 60 days from the date of this order.

SO ORDERED, this 23rd day of June, 2008.

David L. Martin

Hon. David L. Martin
U.S. ~~District~~ Magistrate
Judge