**EXHIBIT A**

**UNDERTAKING OF CONFIDENTIALITY**

I have been asked or retained by ________________________ to serve as an expert witness or otherwise provide testimony in the matter of *Ophthalmic Surgeons, Ltd. v. Paychex, Inc.*, C.A. No. 07-413-ML, an action now pending before the United States District Court for the District of Rhode Island. I have read and I hereby agree to comply with and abide by the CONFIDENTIALITY ORDER entered by the Court in this action, including without limitation the restriction that all Confidential Information disclosed or received in this matter in whatever form shall be used solely for purposes of the litigation or any other action arising from or based upon the information disclosed and for no other purpose whatsoever, and shall not be used or disclosed other than as provided in the CONFIDENTIALITY ORDER.

Signature:______________________________

Name:__________________________________

Address:________________________________

________________________________

Date:__________________________________