**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OPHTHALMIC SURGEONS, LTD. :
:
VS. : CA NO. 07-413-ML
:
PAYCHEX, INC. :

**MOTION TO EXTEND TIME**

Now comes your Plaintiff, by and through its attorney, and for this its motion to extend that time schedule set forth in the Pretrial Scheduling Order states as follows:

(1) That on the 29th day of February 2008 your Plaintiff did file upon your Defendant a Request for Production of Documents and a set of interrogatories;

(2) That in accordance with said Rules of Civil Procedure, Defendant was required to file responsive pleadings on or before the 8th day of April 2008;

(3) Defendant, in the filing of said responsive pleadings did interpose a series of objections and otherwise answered a number of interrogatories in a fashion which Plaintiff believed was incomplete;

(4) As a result of the Defendant's responsive pleadings, your Plaintiff did file its Motion to Compel More Responsive Answers to Interrogatories, as well as requesting a better response to the Request for Production of Documents;

(5) On the 4th day of June 2008 Plaintiff's Motions to Compel were heard before Judge Magistrate David L. Martin;

(6) An Order reflecting Judge Magistrate Martin's rulings was prepared by Plaintiff's counsel in conference with defense counsel;

(7) In accordance with said Order, Defendant has sixty (60) days in which to file its more responsive answers and its more responsive production of documents;

(8) Plaintiff further avers, in order to determine if any depositions need to be taken, and if so to adequately prepare for the same, its attorney needs an opportunity to read and analyze Defendant's complete answers to interrogatories and its production of documents;

(9) Plaintiff further avers that predicated upon the information provided by the Defendant, Plaintiff will be able to determine if it believes expert testimony is needed;

(10) In accordance with the Pretrial Scheduling Order entered on the 19th day of February 2008, Plaintiff would be required

to make its decision as it relates to experts by July 1, 2008 and to close all discovery by August 29, 2008;

(11) Plaintiff further avers that its request for an extension of time will cause no prejudice to either party and is necessary for the proper preparation of Plaintiff's case.

WHEREFORE, your Plaintiff prays that this Honorable Court modify its Pretrial Scheduling Order by extending the timeline required for each category by sixty (60) days or in any fashion that this Honorable Court deems fair and meet.

Plaintiff
By and through its attorney,

/S/Daniel V. McKinnon

McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I certify that a copy of this document was electronically filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following registered counsel of record: Robert K. Taylor, Esq., Carolyn P. Medina, Esq., Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903 on the 23rd day of June 2008.

/S/ Daniel V. McKinnon